STATE of Missouri, Respondent,

v.

Eddie SNIDER, Appellant.

No. 10254.

Missouri Court of Appeals, Springfield District.

April 23, 1976.

Motion for Rehearing or Transfer to Supreme Court Denied May 11, 1976.

John C. Danforth, Atty. Gen., Preston Dean, Asst. Atty. Gen., Jefferson City, for respondent.

Fred McDaris, Springfield, for appellant.

PER CURIAM.

Defendant Eddie Snider was sentenced to five years imprisonment by the Circuit Court of Greene County following his plea of guilty to selling marijuana.

Three days after his plea was accepted and sentence imposed and judgment en-

---

tered, defendant filed a notice of appeal to the "Circuit Court of Appeals."

The notice of appeal filed is fatally defective and does not vest us with jurisdiction. Rule 81.08(a).

Appeal dismissed.